**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-  Case No. 6:08-cr-38-Orl-22KRS

**DEXTER JACKSON**

_____

**ORDER AND NOTICE**
**OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 89), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on April 25, 2011.

After an independent *de novo* review of the record in this matter, and noting that both the Government and the Defendant have filed Notices of No Objection (Doc. Nos. 90 and 91), and that the Defendant has requested an expedited hearing, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered April 25, 2011 (Doc. No. 89) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before the Honorable Gregory A. Presnell on **THURSDAY, April 28, 2011, at 9:00 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Courtroom 5A, Orlando, Florida, 32801, and shall show cause why probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 25, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Honorable Gregory A. Presnell
Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Dexter Jackson